IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDGAR SANTIAGO-RIVERA,<br><br>Plaintiff,<br><br>v.<br><br>FUNERARIA BONETA, et al.,<br><br>Defendants. | CIVIL NO.: 16-2592 (MEL) |

**JUDGMENT**

In light of the court's order (ECF No. 32) granting parties' request for dismissal with prejudice, the court hereby enters judgment dismissing with prejudice all claims in the complaint against all defendants.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 12th day of January, 2018.

s/Marcos E. López
U.S. Magistrate Judge